# Claims Distribution Small Checks

Case: 08-13081 - FIELD, RICHARD J.

Trustee: WILLIAM E. LAWSON (520740)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002417703166 | 10107 | 05/11/10 | 5 | 10/28/09 | 620 | Clerk, U.S. Bankruptcy Court | 51.00 | 51.00 | 0.57 | |
| | | | | | | | | | Check Amount: | $3.25 |
| | | | 6 | 10/28/09 | 620 | AFNI, Inc. | | | | 0.57 |
| | | | | | | Buffalo Emergency Associates | 240.00 | 240.00 | 2.68 | 2.68 |

(*) Denotes objection to Amount Filed

FILED MAY 11 2010 BANKRUPTCY COURT BUFFALO, N.Y.

receipt # 11089834   5/11/2010
$3.25