UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FIELD, RICHARD J.

Debtor.

Chapter 7

Case No. 08-13081 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Verizon<br>AFNI/Verizon East, PO Box 3037<br>Bloomington, IL 61702-3037 | $211.06 | $211.06 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 211.06

Dated: August 10, 2010

_____
WILLIAM E. LAWSON
Trustee
730 CONVENTION TOWER, 43 COURT STREET
BUFFALO, NY 14202-3172
(716) 854-3015

FILED AUG 11 2010 BANKRUPTCY COURT BUFFALO, NY