*Receipt # 11091020*
*$2.06  12/03/10  KLS*

# AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)

CHARLES DAUTCH
(1898-1979)

LOUIS STERNBERG
(1908-1996)

December 2, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re: (Case Name) <u>Richard J. Field</u> / Case <u>#08-13081-MJK</u>
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of <u>$2.06</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant <u>AFNI, Inc.</u>    Amount $<u>0.36</u>  Claims Register #<u>5</u>

    Claimant <u>Buffalo Emergency Associates</u> Amount $$<u>1.70</u>  Claims Register #<u>6</u>



Trustee Name: William E. Lawson